HARPER *v.* MacNEILL, treasurer, *et al.; et vice versa.*

REID, Chief Justice. This case is controlled by the decision in *Carroll* v. *Ragsdale,* 192 *Ga.* 118 (14 S. E. 2d    ). The court erred in overruling the general demurrer.

*Judgment reversed on the cross-bill of exceptions; main bill dismissed. All the Justices concur.*

Nos. 13708, 13709. MAY 14, 1941.

*Howard, Henson & Howard,* for plaintiff.

*E. Harold Sheats, Spalding, Sibley, Troutman & Brock,* and *W. S. Northcutt,* for defendants.